UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>John O. Brown</u>

       v.                         Civil No. 11-cv-00056-JL

<u>U.S.   Social Security Administration</u>

**O R D E R**

On February 7, 2012, Pro se Plaintiff, John Brown filed a complaint against the US Social Security Administration. Counsel for the U.S. Social Security Administration filed an answer and administrative record on January 18, 2012.   Pursuant to Local Rule 9.1(b), within thirty (30) days after the administrative record is filed, the plaintiff shall:

    **(1) Serve and file a Motion for Order Reversing Decision of the Commissioner or for Other Relief and a supporting memorandum; and**

    **(2) Serve on the defendant a proposed Joint Statement of Material Facts. This statement shall be in a narrative form, contain record citations, describe all facts pertinent to the decision of the case and all significant procedural developments, and define all medical terms.**

On or before March 23, 2012, the plaintiff shall (1) file a Motion for Order Reversing Decision and (2) the plaintiff shall serve both the motion and the proposed Joint Statement of Facts on the defendant.   The Failure to comply with this order shall result in the dismissal of this case.

*/s/ Joe Laplante*

SO ORDERED.

March 6, 2012                                              _____
                                                              Joseph N. Laplante
                                                              Chief Judge

cc:    John O. Brown, Pro se
        Robert J. Rabuck, Esq.